Robert S. Gutierrez (SBN 143223)
  *GutierrezR@ballardspahr.com*
Elizabeth L. Schilken (SBN 241231)
  *SchilkenE@ballardspahr.com*
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.:  424.204.4400; Fax:  424.204.4350

Attorneys for Defendant
UNIVERSAL MUSIC PUBLISHING, INC.,
erroneously sued as UNIVERSAL MUSIC
PUBLISHING GROUP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL L. MILLER,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNIVERSAL MUSIC PUBLISHING GROUP, INC.,<br><br>                    Defendant. | Case No.<br><br>**DEFENDANT UNIVERSAL MUSIC PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1] AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 7.1-1]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Universal Music Publishing, Inc., erroneously sued as Universal Music Publishing Group, Inc. ("Defendant") certifies that Defendant is wholly-owned by Universal Music Group Holdings, Inc., which in turn is wholly owned by Universal Music Group, Inc.  Vivendi SE, a publicly-traded company incorporated under the laws of the European Union, owns more than 10% of the stock of Universal Music Group, Inc.

   Further, pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant, certifies that the following listed party (or parties) may have a

pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Carl L. Miller | Plaintiff |
| Universal Music Publishing, Inc. | Defendant |

DATED: January 11, 2021

Robert S. Gutierrez
Elizabeth L. Schilken
**BALLARD SPAHR LLP**


By:    /s/ Elizabeth L. Schilken
Attorneys for Defendant
UNIVERSAL MUSIC PUBLISHING, INC.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #40862868 v1

2

**DEFENDANT UNIVERSAL MUSIC PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915. On January 11, 2021, I served the within document: **DEFENDANT UNIVERSAL MUSIC PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1] AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-15]**

☐ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☑ **BY E-MAIL**: by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

| | |
|---|---|
| Carl L. Miller | *Plaintiff Pro Se* |
| 2280 Hurley Way, #22 | Telephone: (916) 613-5838 |
| Sacramento, CA 96825 | Email: carl5144@yahoo.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2021, at Los Angeles, California.

_____
Kathryn Toyama

DMWEST #40862868 v1