# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. MILLER,<br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC PUBLISHING GROUP, INC., et al.,<br>    Defendants. | CV 21-238 DSF (MRWx)<br><br>Order DENYING Motion to Remand (Dkt. Nos. 11, 13) |

    Plaintiff has moved to remand this case to state court. The motion has no merit because Plaintiff's complaint contains claims for violations of the Sherman Act and the Racketeer Influenced and Corrupt Organizations Act. This Court has original jurisdiction over these federal claims and they may be removed to federal court even if the state court might also have the jurisdiction to hear them. See 28 U.S.C. §§ 1331, 1441(a).

    The motion to remand is DENIED.

    IT IS SO ORDERED.

Date: February 5, 2021

                                                              Dale S. Fischer<br>
                                                               United States District Judge