JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. MILLER,<br>     Plaintiff,<br><br>           v.<br><br>UNIVERSAL MUSIC PUBLISHING GROUP, INC., et al.,<br>     Defendants. | CV 21-238 DSF (MRWx)<br><br>Order REMANDING Case |

   This case was removed from state court based on federal question jurisdiction. Plaintiff's First Amended Complaint has dropped all federal claims. There is also no diversity jurisdiction because Plaintiff and Defendant Universal Music Publishing, Inc. are both California citizens. Given the early stage of the litigation, the Court declines to exercise supplemental jurisdiction over this case now that there are no claims for which this Court has original jurisdiction. See 28 U.S.C. § 1367(c)(3).

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.


Date: July 21, 2021

*Dale S. Fischer*
Dale S. Fischer
United States District Judge